No. 554. HORACE CHASE, INDIVIDUALLY AND AS AD-MINISTRATOR, ETC., PLAINTIFF IN ERROR, *v.* LEONARD H. PHILLIPS AND SAMUEL C. LAWRENCE, TRUSTEES. In error to the Supreme Judicial Court of the State of Massachusetts. Motion to dismiss or affirm submitted January 22, 1912. Decided February 19, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *San Francisco* v. *Itsell,* 133 U. S. 65; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225, 235–236; *Chase* v. *Phillips,* 216 U. S. 616. *Mr. Richard Y. FitzGerald* for the plaintiff in error. *Mr. J. L. Thorndike* and *Mr. E. R. Thayer* for the defendants in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF MATTHIAS RADIN, PETITIONER. Submitted March 4, 1912. Decided March 11, 1912. Motion for leave to file a petition for a writ of *habeas corpus* denied. *Mr. Harry Levor* for the petitioner.